# EXHIBIT B

**Portus Singapore Pte Ltd. v. LG Electronics, Inc.**
**Infringement Chart for U.S. Patent No. 8,914,526**

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | LG Electronics, Inc. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example LG ThinQ smart-TV ecosystem enabling remote/local access and control of an LG TV (a user-premises device) using LG ThinQ / TV Plus mobile app and/or the TV's built-in web browser, plus LG cloud account services.<br><br>(representative 2019–2020 webOS models; e.g., ThinQ-branded OLED/NanoCell/UN/SM series)<br><br><br><br>Source: https://www.lg.com/us/tv-buying-guide/how-ai-enhances-smart-tvs |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=Rgo5cppJGg4&t=11s<br><br><br><br>LG's webOS smart TV platform was released in the year 2014. |

| U.S. Patent No.<br>8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | What is the story behind LG's smart TV platform?<br>LG's webOS smart TV platform debuted in 2014 and has since become known for its easy-to-navigate interface and intuitive controls, providing quick access to apps and streaming services for a seamless viewing experience.<br><br>Source:    https://shop.rangs.com.bd/blog/the-lg-tv-story-from-a-local-brand-to-a-global-tech-leader?srsltid=AfmBOoo-JWI_MXZ_SZ-9P86_sOyePRpEk9B6BUCUbKHHB6CPDLJi7PnU&utm<br><br>LG ThinQ smart-TV platform was released in the year 2018.<br><br>SEOUL, Mar. 5, 2018 — LG Electronics (LG) today unveiled its 2018 TV lineup with an array of new and innovative OLED and SUPER UHD models, demonstrating its commitment to leading the global premium TV market. At a launching event in Seoul, LG introduced new TV products featuring the company's exclusive ThinQ® artificial intelligence (AI) technology and advanced α (Alpha) processor which will lead the way in solidifying LG's position in the global market for premium TVs, with the market for OLED TVs forecast to see sales of 2.5 million units this year from 1.6 million in 2017.<br><br>LG is building upon its legacy as the pioneer of large OLED display technology with the launch of ten new AI-enabled OLED TV models for 2018, including the W8, G8, E8, C8, and B8. Each model boasts a range of design factors from Picture-on-Wall (model 77/65W8), to One Glass Screen (model 65G8), Picture-on-Glass (model 65/55E8) and Cinema Screen design (model 77/65/55C8 and 65/55B8). Screen sizes range from 55 to 77 inches with nine AI-enabled SUPER UHD TVs (model SK95, SK85 and SK80) available in sizes varying from 49 to 75 inches.<br><br>Source:         https://www.lg.com/global/newsroom/news/media-entertainment-solution/lg-announces-premium-2018-tv-lineup/<br><br>LG ThinQ smart-TVs were still on the market till 2024. |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. |
|---|---|
| | **ROBOTS.NET** > TECH REVIEWS > 7 Best LG W8 OLED TV For 2024<br><br># 7 Best LG W8 OLED TV For 2024<br><br>Written by: Charita Grinnell \| Published: 22 December 2023<br><br>Source: https://robots.net/tech-reviews/7-best-lg-w8-oled-tv-for-2023/ |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | The system includes a first network (LG cloud/ ThinQ app network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access (LG cloud servers executing ThinQ app services to manage accounts, device registration, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running ThinQ/ and/or TV dashboard (webOS web browser) |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | Signing in to the ThinQ app:<br><br>❶ On the "Welcome to LG ThinQ" select Register or Login with a different account.<br><br>❷ When the LG Sign Up page appears, input all required details<br><br>• Enter a valid email address<br>• Set your desired password<br>• Enter your date of birth<br><br>Once you have entered the required information, an email validation message will be sent to the email address you used.<br><br>ⓘ Note<br><br>• If you do not see the message in your inbox be sure to check your Junk/Spam folder.<br>• You will have multiple options to sign into the LG ThinQ app. You can opt to sign in with services such as Google, Facebook, or Amazon.<br><br>❸ Agree to the Terms of Use and Privacy Policy<br><br>❹ Once account has been created and Terms & Conditions have been agreed to, the home screen will then be displayed.<br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
| --- | --- |
| | <br><br>Source:  https://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source:        ttps://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| |  Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | Q: Are Wi-Fi home appliances able to be used only under the same network?<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/ |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (LG Smart TV deployed in users' homes), each with embedded processors and network interfaces and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access (access Smart TV). Each Smart TV is part of the user premises network and participates in network access.<br><br>**What is a smart TV?**<br><br>A smart TV is able to access the internet without the need for a set-top box or streaming device. You can install streaming apps Netflix, Amazon Prime Video and Disney+ directly on your TV in order to enjoy your favorite content. And, you can link a smart TV with other wireless devices like soundbars, smartphones and gaming consoles. |

| U.S. Patent No. 8,914,526 | **<u>LG Electronics, Inc.</u>** |
|---|---|
| | SSource: https://www.lg.com/us/tv-buying-guide/how-ai-enhances-smart-tvs |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (LG cloud services (ThinQ app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (registered LG Smart TV). |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | **3 Add the TV.**<br><br>❶ On the ThinQ app press the Add a Device button to add your device.<br><br>❷ Select TV from the product list.<br><br>❷ Select your TV from the available devices list.<br><br>**Note**<br>You will have to link your account for managing IoT devices. During this process it will ask for additional policies and agreements to be accepted. This step is required for controlling your TV by voice through a smart speaker.<br><br>Source:    ttps://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |
| [57D] the user access browser located on the first network is usable, | The user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | For example: User access browser: LG TV's built-in web browser (webOS) accepts user-entered URLs; can be used to access Internet resources (first network) and local network resources (user premises network) if exposed (e.g., local router pages, local device UIs).<br><br><br><br>Source: https://www.lg.com/us/lg-thinq#home |

| U.S. Patent No.<br>8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each registered LG TV becomes accessible for control/interaction through ThinQ/TV Plus app workflow once paired/registered. |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | At a Glance<br><br>The features of the LG TV Plus app are now integrated in the LG ThinQ app. Download the ThinQ app from the App Store or Play Store. Once set up, you can control the TV, launch apps, share content, and much more from your mobile phone. Learn more about using ThinQ on Your LG Smart TV.<br><br>Source: https://www.lg.com/us/support/help-library/lg-tv-the-lg-tv-plus-remote-app-is-now-thinq--1421266950271 |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | ## 4 Controlling the TV.<br><br>Select the TV in the ThinQ app to see all the available controls.<br><br><br><br>Source:                                    https://www.lg.com/us/support/help-library/how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first | Responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>For example, when the user navigates to a ThinQ-associated service (via app / web views / account sign-in) and supplies credentials, LG services determine which registered TV(s) are authorized for that user/account. |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. |
|---|---|
| circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | **2** Register TV by using 'Set Up TV for Google Assistant app' ⌃<br><br>Press the Home button on the remote control and launch the "Set Up TV for Google Assistant" app on your TV. Follow the setup guide on your TV to complete TV registration.<br><br>※ Please create a LG Account from Settings > General > Account Management in the LG TV or from the LG ThinQ mobile app.<br><br>Source: https://www.lg.com/us/support/smart-thinq-google-assistant-voice-control |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said | Initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network.<br><br>For example, Upon selecting/controlling a specific TV, the ThinQ/TV Plus workflow establishes a communications session to the TV over the home network (and/or via cloud-mediated channels, depending on feature). |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. |
|---|---|
| determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | **3 Add the TV.**<br>❶ On the ThinQ app press the Add a Device button to add your device.<br>❷ Select TV from the product list.<br>❷ Select your TV from the available devices list.<br><br>Source:    ttps://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |
| [57H] obtains information contained | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network. |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| within the user premises network from the second circuitry arrangement of the determined user premises network; and | At a Glance<br><br>The features of the LG TV Plus app are now integrated in the LG ThinQ app. Download the ThinQ app<br><br>from the App Store or Play Store. Once set up, you can control the TV, launch<br><br>apps, share content, and much more from your mobile phone. Learn more about using ThinQ on Your LG Smart TV.<br><br>Source: https://www.lg.com/us/support/help-library/lg-tv-the-lg-tv-plus-remote-app-is-now-thing--1421266950271 |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(LG cloud server), serves to the user access browser (ThinQ app) the information from the second circuitry arrangement of the determined user premises network;<br><br>Q: Are Wi-Fi home appliances able to be used only under the same network?<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/ |
| [57J] the communications session provides a | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser (share content) . |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. |
|---|---|
| seamless access to information stored on said determined one of said user premises networks from said user access browser; and | **At a Glance** <br><br> The features of the LG TV Plus app are now integrated in the LG ThinQ app. Download the ThinQ app <br><br> from the App Store or Play Store. Once set up, you can control the TV, launch <br><br> apps, share content, and much more from your mobile phone. Learn more about using ThinQ on Your LG Smart TV. <br><br><br> Source: https://www.lg.com/us/support/help-library/lg-tv-the-lg-tv-plus-remote-app-is-now-thinq--1421266950271 |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. <br><br> ThinQ app has UI Interface screen to control and monitor the TV, the UI Interface screen has remote management icon to turn remote management, which means at least one of control and monitoring of the at least one device using the first circuitry arrangement (remote control and monitor the TV is possible only by interaction with information served by said one of said second circuitry arrangements (Smart TV). |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc.** |
|---|---|
| | These controls are similar to the controls on the LG Magic Remote. You can select the TV input, change the volume, change the channel, move the pointer, use the scroll function or use the arrow buttons and OK button, and more.<br><br><br><br>**5** **Power On/Off the TV.**<br>LG TV models with WebOS 3.5 and later, can be turned on and off using the ThinQ app. For older webOS versions only the power-off function is available.<br><br>Source:        https://www.lg.com/us/support/help-library/how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356 |