# EXHIBIT C

## Portus LLC v. LG Electronics, Inc. InstaView Refrigerator
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| 57. A system for remote access of user premises networks located in respectiveuser premises, said system comprising: | LG Electronics, Inc. provides LG InstaView Refrigerator system (including LG InstaView refrigerator in combination with LG services and the ThinQ mobile applications) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.lg.com/levant_en/refrigerators/lg-grx-274dpbc |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| |  Source: https://www.lg.com/levant_en/refrigerators/lg-grx-274dpbc<br><br>LG InstaView ThinQ Refrigerator was released in the year 2018. |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | **LG CONNECTED APPLIANCES LEAD HOME KITCHENS INTO THE FUTURE** *Network of Appliances Offers Seamless Connectivity with LG InstaView ThinQ Refrigerator, EasyClean Oven Range and QuadWash Dishwasher* <br><br> **LAS VEGAS, Jan. 7, 2018** — At CES 2018, LG Electronics (LG) will present its vision for the connected smart kitchen of the future, predicting consumer needs and reducing meal preparation time. Offering a hands-free experience that takes much of the stress out of preparing daily meals, LG's smart kitchen products such as the InstaView™ ThinQ refrigerator, the EasyClean® oven range and QuadWash™ dishwasher maximize efficiency and ease to allow more quality time at home. <br><br> The LG InstaView ThinQ Refrigerator combines cutting-edge refrigeration technology with maximum convenience and efficiency. Featuring a 29-inch touch LCD display that transforms from a computer display to a transparent window with just two knocks so users can see inside, the intelligent refrigerator recommends delicious recipes based on what ingredients the consumer has on hand – a revolutionary answer to the timeless <br><br> Source: https://www.lg.com/us/PDF/press-release/FINAL_CES_2018_LG_ThinQ%20Kitchen_Solution_Release.pdf |
| [57A] a first network (a) located external to said user premises, (b) | The system includes a first network (LG cloud/ ThinQ app network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access (LG cloud servers executing ThinQ app services to manage accounts, device registration, device state synchronization, and remote access); |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running ThinQ)<br><br>Signing in to the ThinQ app:<br><br>❶ On the "Welcome to LG ThinQ" select Register or Login with a different account.<br>❷ When the LG Sign Up page appears, input all required details<br>    • Enter a valid email address<br>    • Set your desired password<br>    • Enter your date of birth<br><br>Once you have entered the required information, an email validation message will be sent to the email address you used.<br><br> Note<br>    • If you do not see the message in your inbox be sure to check your Junk/Spam folder.<br>    • You will have multiple options to sign into the LG ThinQ app. You can opt to sign in with services such as Google, Facebook, or Amazon.<br><br>❸ Agree to the Terms of Use and Privacy Policy<br>❹ Once account has been created and Terms & Conditions have been agreed to, the home screen will then be displayed.<br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | |

**Connecting to Wi-Fi**

The **Wi-Fi** button, when used with the **LG ThinQ** application, allows the appliance to connect to a home Wi-Fi network. The 📶 icon shows the status of the appliance's network connection. The icon illuminates when the appliance is connected to the Wi-Fi network.

- **Initial Appliance Registration**

Run the **LG ThinQ** application and follow the instructions in the application to register the appliance.

**GRX-274DPBC owner's manual (Copyright © 2020-2021 LG Electronics Inc. All Rights Reserved)**

Source: https://gscs-b2c.lge.com/open/downloadFile?fileId=XTToQ54tVlqZRihuf5Q

| U.S. Patent No.<br>8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | Q: Are Wi-Fi home appliances able to be used only under the same network?<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/<br><br>For another example, LG InstaView Refrigerator also includes a hardware user access browser device that comprises a processor running an access browser (Touch LCD display of the Refrigerator).<br><br>The LG InstaView ThinQ Refrigerator combines cutting-edge refrigeration technology with maximum convenience and efficiency. Featuring a 29-inch touch LCD display that transforms from a computer display to a transparent window with just two knocks so users can see inside, the intelligent refrigerator recommends delicious recipes based on what ingredients the consumer has on hand – a revolutionary answer to the timeless question of what to eat for dinner. Once a recipe is selected, the refrigerator automatically sends the information to preheat the connected oven, and the integrated Amazon Alexa verbally guides the chef through each step of the process for a trouble-free cooking experience. Users can also access and listen to their favorite songs on Amazon Music, iHeartRadio, and other music streaming services directly on the InstaView ThinQ for a more enjoyable cooking and dining experience.<br><br>Source: https://www.lg.com/us/PDF/press-release/FINAL_CES_2018_LG_ThinQ%20Kitchen_Solution_Release.pdf |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| | |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (LG InstaView Refrigerator deployed in users' homes), the LG InstaView Refrigerator deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access(access refrigerator). Each refrigerator is part of the user premises network and participates in network access.

**GRX-274DPBC owner's manual (Copyright © 2020-2021 LG Electronics Inc. All Rights Reserved)**

Source: https://gscs-b2c.lge.com/open/downloadFile?fileId=XTToQ54tVlqZRihuf5Q |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| | |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (LG cloud services (ThinQ app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (registered InstaView refrigerators).<br><br>**Connecting to Wi-Fi**<br><br>The **Wi-Fi** button, when used with the **LG ThinQ** application, allows the appliance to connect to a home Wi-Fi network. The 🛜 icon shows the status of the appliance's network connection. The icon illuminates when the appliance is connected to the Wi-Fi network.<br><br>• **Initial Appliance Registration**<br><br>Run the **LG ThinQ** application and follow the instructions in the application to register the appliance.<br><br>**GRX-274DPBC owner's manual (Copyright © 2020-2021 LG Electronics Inc. All Rights Reserved)**<br><br>Source: https://gscs-b2c.lge.com/open/downloadFile?fileId=XTToQ54tVlqZRihuf5Q |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | Connecting to a product using the QR Code (iPhone)<br><br>❶ From the ThinQ app dashboard, tap on the "+" square<br><br>❷ Scan the QR Code located on product<br><br>❸ Make sure the unit is powered on and tap "Next".<br><br>❹ Enable Wi-Fi on the product and tap "Next".<br><br>❺ Follow the on screen instructions.<br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | <br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | <br><br>Source: https://www.lg.com/us/support/help-library/how-to-register-your-new-lg-refrigerator--20152745876630 |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and | The ThinQ app (located on the first network) operates as access-browser functionality to locate and retrieve information from LGcloud and from the user's refrigerator (device state, images, lists, etc.). Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing refrigerator) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| said user premises networks; | <br><br>Source: https://www.lg.com/us/lg-thinq#home |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=nQClpbOhrNU |
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (such as fridge temperature, freezer temperatures, etc.) is accessible by the first circuitry arrangement (The ThinQ app) |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | <br><br>Source:  https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi<br><br>Source:  https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | When a user accesses ThinQ services (via UI selections that cause the client to access service URL/URI endpoints), LG cloud services rely on authorization data (LG account login and device registration) to determine which registered refrigerators (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>Signing in to the ThinQ app:<br><br>❶ On the "Welcome to LG ThinQ" select Register or Login with a different account.<br>❷ When the LG Sign Up page appears, input all required details<br>• Enter a valid email address<br>• Set your desired password<br>• Enter your date of birth<br><br>Once you have entered the required information, an email validation message will be sent to the email address you used.<br><br>⊘ Note<br>• If you do not see the message in your inbox be sure to check your Junk/Spam folder.<br>• You will have multiple options to sign into the LG ThinQ app. You can opt to sign in with services such as Google, Facebook, or Amazon.<br><br>❸ Agree to the Terms of Use and Privacy Policy<br>❹ Once account has been created and Terms & Conditions have been agreed to, the home screen will then be displayed.<br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | <br><br>**Connecting to Wi-Fi**<br><br>The **Wi-Fi** button, when used with the **LG ThinQ** application, allows the appliance to connect to a home Wi-Fi network. The 📶 icon shows the status of the appliance's network connection. The icon illuminates when the appliance is connected to the Wi-Fi network.<br><br>• **Initial Appliance Registration**<br><br>Run the **LG ThinQ** application and follow the instructions in the application to register the appliance.<br><br><br>**GRX-274DPBC owner's manual (Copyright © 2020-2021 LG Electronics Inc. All Rights Reserved)**<br><br>Source: https://gscs-b2c.lge.com/open/downloadFile?fileId=XTToQ54tVlqZRihuf5Q |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first | Upon authorized access (e.g., using ThinQ app to monitor/view device state/camera/food list or issue control refrigerator), LG cloud services establish network communications with the specific registered refrigerator to access refrigerator-stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect LG cloud and the specific user premises network during the access/control transaction. |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | Things You Can Do with the LG ThinQ App<br>The LG ThinQ app provides a more personalized experience based on an analysis of your refrigerator usage patterns, and offers an array of smart functions.<br>Smart Sabbath activates or deactivates the Sabbath mode and sets the schedule for the mode activation.<br>Energy Monitoring keeps track of the refrigerator's power consumption and the number of door openings.<br>Remote Control controls the Refrigerator Temperature, Fresh Air Filter, and the Ice Plus function, from the smartphone app.<br>Push Messages can be activated so that if the refrigerator door remains open for more than 10 minutes, you will receive a message alert.<br>And when Ice Plus is finished, you will receive a message.<br>Smart Diagnosis™ provides useful information for diagnosing and solving issues with the refrigerator based on the pattern of use.<br>If you need further assistance, please go to lg.com/ca_en/support<br><br>Source:    https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br>Things You Can Do with the LG ThinQ App<br>The LG ThinQ app provides a more personalized experience based on an analysis of your refrigerator usage patterns, and offers an array of smart functions.<br>Smart Sabbath activates or deactivates the Sabbath mode and sets the schedule for the mode activation.<br>Energy Monitoring keeps track of the refrigerator's power consumption and the number of door openings.<br>Remote Control controls the Refrigerator Temperature, Fresh Air Filter, and the Ice Plus function, from the smartphone app.<br>Push Messages can be activated so that if the refrigerator door remains open for more than 10 minutes, you will receive a message alert.<br>And when Ice Plus is finished, you will receive a message.<br>Smart Diagnosis™ provides useful information for diagnosing and solving issues with the refrigerator based on the pattern of use.<br>If you need further assistance, please go to lg.com/ca_en/support<br><br>Source:    https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi |
| [57I] using a web server, serves to the user access browser the | Using a web server(LG cloud server), serves to the user access browser (ThinQ app) the information from the second circuitry arrangement of the determined user premises network; |

| U.S. Patent No. 8,914,526 | LG Electronics, Inc. InstaView Refrigerator |
|---|---|
| information from the second circuitry arrangement of the determined user premises network; | **Q: Are Wi-Fi home appliances able to be used only under the same network?**<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/ |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br><br>**Refrigerator 1**<br>Provide information and register the product through the app to receive enhanced support features.<br>Additional Registration Info<br>Refrigerator  39°F<br>Freezer  -1°F<br>Fresh Air Filter  Looks Good<br>Water Filter  Looks Good<br>Manage Food<br>Refrigerator<br>40<br><br>Remote Control controls the Refrigerator Temperature, Fresh Air Filter, and the Ice Plus function, from the smartphone app.<br><br>Intro  Check Wi-Fi Network  Installing the LG ThinQ App  Connecting to Wi-Fi  Initial Appliance Registration  Things You Can Do With the LG ThinQ App  More Info<br>3:04 / 3:42 |

| U.S. Patent No. 8,914,526 | **LG Electronics, Inc. InstaView Refrigerator** |
|---|---|
| | Source: https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>ThinQ app has UI Interface screen to control and monitor the device, the UI Interface screen has remote management icon to turn remote management, which means at least one of control and monitoring of the at least one device using the first circuitry arrangement (remote control and monitor the device) is possible only by interaction with information served by said one of said second circuitry arrangements (LG InstaView refrigerator).<br><br><br><br>Source: https://www.lg.com/ca_en/support/product-support/troubleshoot/help-library/cs-CT20098040-20152950898660/?srsltid=AfmBOopetJWc2Q8ZloW_th08JB-6o9QLZoZlG3l387LZ-iV_m4p62fwi |