# EXHIBIT E

## Portus Singapore Pte Ltd. v. LG ThinQ smart-TV
## Infringement Chart for U.S. Patent No9,961,097

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| 1. A system for remote access of a user premises comprising: | LG Electronics, Inc. provides a system for remote access of user premises<br><br>For example, LG ThinQ smart-TV ecosystem enabling remote access and control of LG TVs and appliances (user-premises devices) using LG ThinQ and/or the TV's built-in web browser, plus LG cloud account services.<br><br>(representative 2019–2020 webOS models; e.g., ThinQ-branded OLED/NanoCell/UN/SM series)<br><br><br><br>Source: https://www.lg.com/us/tv-buying-guide/how-ai-enhances-smart-tvs |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| |

Source: https://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thing-app-on-your-lg-smart-tv--20152745625356

LG's webOS smart TV platform was released in the year 2014.

What is the story behind LG's smart TV platform?
LG's webOS smart TV platform debuted in 2014 and has since become known for its easy-to-navigate interface and intuitive controls, providing quick access to apps and streaming services for a seamless viewing experience.

Source:     https://shop.rangs.com.bd/blog/the-lg-tv-story-from-a-local-brand-to-a-global-tech-leader?srsltid=AfmBOoo-JWI_MXZ_SZ-9P86_sOyePRpEk9B6BUCUbKHHB6CPDLJi7PnU&utm

LG ThinQ smart-TV platform was released in the year 2018. |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | SEOUL, Mar. 5, 2018 — LG Electronics (LG) today unveiled its 2018 TV lineup with an array of new and innovative OLED and SUPER UHD models, demonstrating its commitment to leading the global premium TV market. At a launching event in Seoul, LG introduced new TV products featuring the company's exclusive ThinQ® artificial intelligence (AI) technology and advanced α (Alpha) processor which will lead the way in solidifying LG's position in the global market for premium TVs, with the market for OLED TVs forecast to see sales of 2.5 million units this year from 1.6 million in 2017.<br><br>LG is building upon its legacy as the pioneer of large OLED display technology with the launch of ten new AI-enabled OLED TV models for 2018, including the W8, G8, E8, C8, and B8. Each model boasts a range of design factors from Picture-on-Wall (model 77/65W8), to One Glass Screen (model 65G8), Picture-on-Glass (model 65/55E8) and Cinema Screen design (model 77/65/55C8 and 65/55B8). Screen sizes range from 55 to 77 inches with nine AI-enabled SUPER UHD TVs (model SK95, SK85 and SK80) available in sizes varying from 49 to 75 inches.<br><br>Source:        https://www.lg.com/global/newsroom/news/media-entertainment-solution/lg-announces-premium-2018-tv-lineup/<br><br>LG ThinQ smart-TVs were still on the market till 2024.<br><br>ROBOTS.NET > TECH REVIEWS > 7 Best LG W8 OLED TV For 2024<br><br># 7 Best LG W8 OLED TV For 2024<br><br>Written by: Charita Grinnell \| Published: 22 December 2023<br><br>Source: https://robots.net/tech-reviews/7-best-lg-w8-oled-tv-for-2023/ |
| [1A] a first hardware processing circuitry running an access browser module; | The system includes a first hardware processing circuitry running an access browser module (user smartphones/tablets running ThinQ/ and/or TV dashboard (webOS web browser), a second hardware processing circuitry (Lg cloud services) located in a first network(Lg cloud services network) |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| a second hardware processing circuitry located in a first network; and | Q: Are Wi-Fi home appliances able to be used only under the same network?<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/<br><br>At a Glance    TV SIMULATOR<br><br>With ThinQ set up on your LG Smart TV, you can control the TV, launch apps, share content, and much more from your mobile phone.<br><br>Note<br>Make sure both your smartphone and TV are connected to the same network. For Wi-Fi connection, make sure that both are connected to the same 2.4 GHz network. |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | Source: https://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356<br><br><br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | LG ThinQ smart-TV acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, LG ThinQ smart-TV has Wifi connection which can use WeBOS to manage smart AC, lights, switches, thermostat, and other smart devices, LG ThinQ smart-TV is a connection gateway between Lg cloud and smart devices. |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
|  |

**LG 2020 TV line-up**

Source: https://www.flatpanelshd.com/article.php?subaction=showfull&id=1585805869#OLED65RX |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
| --- | --- |
| | <br><br>Source: https://gadgetstouse.com/blog/2023/05/31/control-smart-devices-webos-tv/#google_vignette |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (Lg cloud services) is external to the user premises, is accessible via the access browser module (LG ThinQ / TV Plus mobile app and/or the TV's built-in web browser) , and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | **Q: Are Wi-Fi home appliances able to be used only under the same network?**<br><br>A: Upon product pairing, home appliance and mobile will connect through cloud which allows remote operation in different locations or network connections. So, it is not necessary to connect under the same network.<br><br>Source: https://www.lg.com/hk_en/home-appliance/thinq/<br><br>Signing in to the ThinQ app and monitor and control dashboard need to access Lg cloud services to get Lg account.<br><br>Signing in to the ThinQ app:<br><br>❶ On the "Welcome to LG ThinQ" select Register or Login with a different account.<br>❷ When the LG Sign Up page appears, input all required details<br><br>   • Enter a valid email address<br>   • Set your desired password<br>   • Enter your date of birth<br><br>Once you have entered the required information, an email validation message will be sent to the email address you used.<br><br>❗ Note<br><br>   • If you do not see the message in your inbox be sure to check your Junk/Spam folder.<br>   • You will have multiple options to sign into the LG ThinQ app. You can opt to sign in with services such as Google, Facebook, or Amazon.<br><br>❸ Agree to the Terms of Use and Privacy Policy<br>❹ Once account has been created and Terms & Conditions have been agreed to, the home screen will then be displayed. |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| | Source: https://www.lg.com/us/support/getting-started-with-lg-thinq<br><br>How to<br>**Monitor and control**<br>the **Home Dashboard**<br>with **LG ThinQ**<br><br>**2020 LG AI TV l How to monitor and control the Home Dashboard with LG ThinQ**<br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (LG ThinQ smart-TV)  is integrated with or communicatively coupled to one or more networked components (smart AC, Light, switch , thermostat)  of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://gadgetstouse.com/blog/2023/05/31/control-smart-devices-webos-tv/#google_vignette |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>ThinQ app or webOS web browser operates as access-browser functionality to locate and retrieve information from Lg cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing device) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | \n\nSource: https://www.lg.com/us/lg-thinq |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| |

Source: https://www.youtube.com/watch?v=cwq9B5ZFenE


For another example: User access browser: LG TV's built-in web browser (webOS) accepts user-entered URLs; can be used to access Internet resources (first network) and local network resources (user premises network) if exposed (e.g., local router pages, local device UIs). |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://www.lg.com/us/lg-thinq#home<br><br>begins a sequence in which the second hardware processing circuitry(LG cloud services)   responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry(LG cloud services)    and the at least one networked component (smart AC, lights, switches, thermostat, and other smart devices ) of the local network, |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| |  2020 LG AI TV l How to monitor and control the Home Dashboard with LG ThinQ<br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| | <br><br>Source: https://gadgetstouse.com/blog/2023/05/31/control-smart-devices-webos-tv/#google_vignette |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (LG Account ) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | Signing in to the ThinQ app:<br><br>❶ On the "Welcome to LG ThinQ" select Register or Login with a different account.<br><br>❷ When the LG Sign Up page appears, input all required details<br><br>   • Enter a valid email address<br>   • Set your desired password<br>   • Enter your date of birth<br><br>Once you have entered the required information, an email validation message will be sent to the email address you used.<br><br>   ⓘ Note<br><br>   • If you do not see the message in your inbox be sure to check your Junk/Spam folder.<br>   • You will have multiple options to sign into the LG ThinQ app. You can opt to sign in with services such as Google, Facebook, or Amazon.<br><br>❸ Agree to the Terms of Use and Privacy Policy<br><br>❹ Once account has been created and Terms & Conditions have been agreed to, the home screen will then be displayed.<br><br>Source: https://www.lg.com/us/support/getting-started-with-lg-thinq |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | The user premises is one of a plurality of user premises ( the system can control several home), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  LG smart TV), and to each of which the second hardware processing circuitry (Lg  cloud services) is configured to connect. |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| | <br><br>Source: https://gadgetstouse.com/blog/2023/05/31/control-smart-devices-webos-tv/#google_vignette |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | the sequence further including the second hardware (LG cloud services) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device registered to LG account can be accessed) |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| | 2020 LG AI TV l How to monitor and control the Home Dashboard with LG ThinQ<br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data,<br><br>Connection in the screenshot below means after registered, the second hardware processing circuitry establishes a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. |

| U.S. Patent No. 9,961,097 | **LG Electronics, Inc.** |
|---|---|
| authentication data indicates authority to access upon verification of the authentication data, and | <br><br>2020 LG AI TV l How to monitor and control the Home Dashboard with LG ThinQ<br><br><br>Source: https://www.youtube.com/watch?v=cwq9B5ZFenE |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to | The second hardware processing circuitry receives, via the connection gateway, selected information  from at least one of the networked components (smart device controlled by the TV ) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored ) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| provide the authentication data, and | Source: https://gadgetstouse.com/blog/2023/05/31/control-smart-devices-webos-tv/#google_vignette |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module. | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information(usage history)  in the first network via the access browser module (thinQ app or TV's built-in web browser) |

| U.S. Patent No. 9,961,097 | LG Electronics, Inc. |
|---|---|
| |  Source: https://apps.apple.com/bh/app/lg-thinq/id993504342 <br><br> **How to Find your Screen usage time on LG TV (Easy Tutorial)** <br> Source: https://www.youtube.com/watch?v=zborv5X0KIc |